IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

HECTOR RUBEN MCGURK, )
)
         Petitioner, )
)
-vs- ) Case No. CIV-14-48-F
)
J. FOX, Warden, )
)
         Respondent. )

## ORDER

United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on November 25, 2015, wherein he recommended that the petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by petitioner, Hector Ruben McGurk, be dismissed without prejudice for lack of jurisdiction.

Presently before the court is petitioner's objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court agrees with the analysis and recommendation of Magistrate Judge Goodwin. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 17) issued by United States Magistrate Judge Charles B. Goodwin is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

DATED December 22, 2015.

                                                 STEPHEN P. FRIOT
                                                 UNITED STATES DISTRICT JUDGE